IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
              v.                )        CR. NO. 1:05cr256-C
                                )
GREGORY JAMES SHIVER            )

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED.  It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered February 10, 2006 is hereby rescinded and declared void *ab initio*.

Done this 21st day of November 2006.

2620

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE