UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ] |
| Plaintiff(s), | ] |
| vs. | ] CR. No. 1:05-256-LSC |
| Gregory James Shiver, | ] |
| Defendant | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Charles S. Coody, United States Magistrate Judge [Doc. 59] entered the 8th day of November, 2006. There have been no objections to the Report and Recommendation filed as of this date. This court has made a *de novo* determination of all of the issues addressed in the Report and Recommendation.

It is Ordered that the Report and Recommendation be and hereby is accepted as entered. This court adopts the Report and Recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Done this 21st day of November 2006.

_____ 2620
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE